UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADEKUNLE A. ONATOLU,

                Plaintiff,

-against-

LaSALLE BANK NATIONAL ASSOCIATION,

                Defendant.

1:21-CV-8972 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

On July 9, 2015, Plaintiff was barred from filing any new civil action in this court *in forma pauperis* (IFP) without first obtaining from the court leave to file. *See Onatolu v. U.S. Army*, ECF 1:15-CV-2829, 4 (S.D.N.Y. July 9, 2015). Plaintiff files this new *pro se* civil action, seeks IFP status, and has not sought leave from the court. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the court's July 9, 2015 order in *Onatolu*, 1:15-CV-2829. The Court denies any motions pending as moot. (ECF 4.)

Plaintiff has consented to electronic service of court documents. (ECF 3.) The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   November 4, 2021
             New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                          Chief United States District Judge