UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADEKUNLE A. ONATOLU,<br><br>                           Plaintiff,<br><br>-against-<br><br>LaSALLE BANK NATIONAL ASSOCIATION,<br><br>                           Defendant. | 1:21-CV-8972 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 4, 2021, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that under the July 9, 2015 order in *Onatolu v. U.S. Army*, ECF 1:15-CV-2829, 4 (S.D.N.Y. July 9, 2015), this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to electronic service of court documents. (ECF 3.)

SO ORDERED.

Dated:   November 4, 2021
             New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge